No. 78–267. MICHIGAN *v.* JAMES ET AL. Ct. App. Mich. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 78–840. ROWE ET AL. *v.* DURSO. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 78–748. CULLERTON ET AL. *v.* FULTON MARKET COLD STORAGE Co. C. A. 7th Cir. Certiorari denied. MR. JUSTICE WHITE and MR. JUSTICE BLACKMUN would grant certiorari.

No. 78–811. CITY OF EL PASO *v.* DARBYSHIRE STEEL Co. INC., ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 78–824. BRAUER *v.* SHEET METAL WORKERS PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA & NEVADA. Ct. App. Cal., 2d App. Dist. Motion of Motion Picture Industry Pension Plan for leave to file a brief as *amicus curiae* granted. Certiorari denied. MR. JUSTICE WHITE, MR. JUSTICE BLACKMUN, and MR. JUSTICE POWELL would grant certiorari.